# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER FABIAN | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 16-4741 |
| ST. MARY'S MEDICAL CENTER | | |
| Defendant. | : | |

**ORDER**

AND NOW, this 29th day of August, 2018, upon consideration of Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 23) and Plaintiff's Response in Opposition thereto (ECF No. 24), it is hereby ORDERED that said Motion is GRANTED in PART and DENIED in PART, all in accordance with this Court's accompanying Memorandum.

It is further ORDERED that on or before September 18, 2018, Defendant shall file an Answer Plaintiff's Third Amended Complaint.

BY THE COURT:

/s/ C. Darnell Jones, II    J.